UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUINNANE CONSTRUCTION, | No. C 10-03068 RS (JCS) |
| Plaintiff(s), | |
| v. | **NOTICE OF REFERENCE,  SETTING BRIEFING SCHEDULE AND ORDER RE DISCOVERY PROCEDURES** |
| EVELYN GUINNANE, ET AL., | |
| Defendant(s). | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter has been referred to Magistrate Judge Joseph C. Spero for all matters relating to discovery and the Motion to Compel Documents from Counterclaim Defendant Roy Guinnane (the "Motion to Compel").

The opposition(s) shall be filed and served no later than March 1, 2011.  Any reply to the opposition(s) shall be filed and served no later than March 8, 2011. The Court sets no hearing at this time on the Motion to Compel.  If a hearing is necessary, the parties will be contacted by the Court.  All documents shall be filed in compliance with Civil L. R. 7-2 through 7-5.  Documents not filed in compliance with those rules will not be considered by the Court.  Any party seeking an award of attorney's fees or other expenses in connection with this motion shall file a motion in accordance with Civil L. R. 37-3.

**LAW AND MOTION HEARING PROCEDURES**

Civil law and motion is heard on Friday mornings at 9:30 a.m., in Courtroom A, 15th Floor,  United States District Court, 450 Golden Gate Avenue, San Francisco, California.

In the event a **future discovery dispute** arises, IT IS HEREBY ORDERED that before filing any discovery motion before this Court, the parties must comply with the following:

R. 7-7(e), filed motions may be withdrawn without leave of the Court, within seven (7) days of the date for service of the opposition. Thereafter, leave of the Court must be sought.

### ELECTRONIC FILING AND COURTESY COPIES

Please refer to Civil L. R. 5-4 and General Order No. 45 for the Northern District of California for information relating to electronic filing procedures and requirements.

BEFORE NOON ON THE NEXT BUSINESS DAY FOLLOWING THE ELECTRONIC FILING, THE PARTIES ARE REQUIRED TO LODGE DIRECTLY WITH CHAMBERS ONE **PAPER** COPY OF EACH DOCUMENT, WHICH IS TO BE DESIGNATED "JCS'S CHAMBERS' COPY." All filings of documents relating to motions referred to the undersigned shall list the civil case number and the district court judge's initials, followed by the designation "(JCS)".

The failure of counsel or a party to abide by this Order may result in sanctions pursuant to Fed. R. Civ. P. 16(f).

IT IS SO ORDERED.

Dated: February 18, 2011

JOSEPH C. SPERO
United States Magistrate Judge