**\*E-Filed 3/4/11\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GUINNANE CONTRUCTION COMPANY, INC., <br><br> Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> EAMONN GUINNANE and EVELYN GUINNANE, <br><br> Defendants and Counterclaimants, <br><br> and <br><br> ROY MICHAEL GUINNANE, <br><br> Counterclaim Defendant. | No. C 10-03068 RS <br><br> **ORDER RESCHEDULING HEARING AND REQUESTING FURTHER BRIEFING FROM PARTIES** |

Plaintiff Guinnane Construction Company, Inc. (GCCI) filed a motion for leave to file an amended complaint. GCCI primarily seeks leave to join an additional plaintiff with new claims allegedly arising out of the same series of transactions or occurrences as those advanced in the present complaint. In its motion, GCCI states, "after reviewing and evaluating the discovery responses and relevant documents produced in the litigation to date, GCCI recognized that its initial allegation concerning the amount owed to GCCI was incorrect." Accordingly, in its proposed first amended complaint GCCI also intends to decrease the amount of damages sought to $19,928 from

the $470,728 amount initially pleaded.  Defendants, while opposing joinder of the additional plaintiff, state in their Opposition that they have no objection to the restatement of damages.

This matter is before the Court solely based on diversity jurisdiction.  GCCI filed its suit in San Francisco Superior Court and defendants removed to federal court in July 2010.  After initial discovery, GCCI now states an amount in controversy based on its claims that falls below the jurisdictional requirement of $75,000.  *See* 28 U.S.C. 1332(a).  Therefore, prior to the hearing on GCCI's motion for leave to file an amended complaint, the Court seeks briefing from the parties on whether this case should be remanded for lack of subject matter jurisdiction.  The parties shall file their briefs, limited to fifteen pages, within three weeks of the date of this order.  If they wish, the parties may each file brief responses, limited to five pages, within one week thereafter.

The hearing presently set for March 10, 2011 is vacated and a consolidated hearing on GCCI's motion and the Court's question will be held on April 7, 2011 at 1:30 p.m.

IT IS SO ORDERED.

Dated: 3/4/11

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE