United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUINNANE CONSTRUCTION,<br><br>        Plaintiff(s),<br><br>   v.<br><br>EVELYN GUINNANE, ET AL.,<br><br>        Defendant(s).<br>_____/ | No. C 10-03068 RS (JCS)<br><br>**NOTICE RE SCHEDULING ON MOTION TO COMPEL** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter has been referred to Magistrate Judge Joseph C. Spero for all matters relating to discovery and the Motion to Compel Documents from Counterclaim Defendant Roy Guinnane (the "Motion to Compel"). An opposition brief was filed on March 1, 2011 and a reply was filed on March 8, 2011. In the meantime, an issue has arisen relating to whether federal jurisdiction exists in this action, and Judge Seeborg has set a hearing on that question for April 7, 2011. In light of the possibility that this action will be remanded to State court, a hearing on the Motion to Compel will not be set until the Court has decided the jurisdictional question. The parties are instructed to inform the undersigned magistrate judge when Judge Seeborg has decided that question, at which time a hearing will be set on the Motion to Compel if the action has not been remanded.

IT IS SO ORDERED.

Dated: March 9, 2011

_____
JOSEPH C. SPERO
United States Magistrate Judge